DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

STATE v. ARTIS

No. 117 PC.

Case below: 31 N.C. App. 193.

Petition by defendant for discretionary review under G.S. 7A-31 denied 21 December 1976.

STATE v. BRAUN

No. 108 PC.

Case below: 31 N.C. App. 101.

Petition by defendant for discretionary review under G.S. 7A-31 denied 21 December 1976. Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 21 December 1976.

STATE v. FREEMAN

No. 85 PC.

Case below: 31 N.C. App. 93.

Petition by defendant for discretionary review under G.S. 7A-31 denied 21 December 1976.

STATE v. GWALTNEY

No. 115 PC.

Case below: 31 N.C. App. 240.

Petition by defendant for discretionary review under G.S. 7A-31 denied 21 December 1976. Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 21 December 1976.

STATE v. MILLER

No. 103 PC.

Case below: 31 N.C. App. 334.

Petition by defendant for discretionary review under G.S. 7A-31 denied 21 December 1976.